IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| T.C. ANDERSON, ID # 1135376, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:05-CV-2331-D |
| ) | |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, and the March 13, 2008 objections of petitioner, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Petitioner's request to stay this action so that he may return to state court to exhaust his unexhausted claims is denied. His March 24, 2008 motion to expand the record, and his March 26, 2008 motion for evidentiary hearing, are also denied. The court has reviewed the record, and the documents petitioner attaches to his motion are already included in the record before the court. Moreover, the court has considered the entire record in reaching its conclusions in this case. Finally,

the exhibits do not alter the conclusion that a stand-alone claim of actual innocence is not cognizable on federal habeas review or that petitioner has not established that he is actually innocent.

SIGNED March 31, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE